```
                            FILED ____ ENTERED
                     ____ LODGED ____ RECEIVED

                                        MAY 19 2000
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
                                       CLERK U.S. DISTRICT COURT
                                        DISTRICT OF MARYLAND
                                                         DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,   * | |
|     Plaintiff,          * | |
|                     * | |
|     v.                  * | CIVIL NO. AMD-00-367 |
|                     * | |
| ASSORTED COMPUTER EQUIPMENT   * | |
| AND $96.00 U.S. CURRENCY,    * | |
|     Defendant.          * | |

                * * * * * * *

## DEFAULT DECREE OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 19th day of May, 2000 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired; and the owner has agreed to forfeit and no claim has been filed;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. 471;

4. The defendant property is condemned and all rights, title, and interest of Natasha Lett and any and all other persons, are hereby forfeited to the United States of America; and

5. The United States Treasury Department shall dispose of the defendant property in accordance with law.

                                        _/s/ Andre M. Davis_
                                        Andre M. Davis
                                        United States District Judge